# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN DRAZEN | : | CIVIL ACTION |
| v. | : | |
| GLACIERPOINT ENTERPRISES, INC. | : | NO. 23-cv-1156 |

## O R D E R

AND NOW, this 6th day of September 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

ORDERED that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE